Filed 6/1/16  P. v. Glover CA2/7

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE, | B266770 |
| Plaintiff and Respondent, | (Los Angeles County |
| v. | Super. Ct. No. BA433424) |
| JOHN FITZGERALD GLOVER, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Leslie A. Swain, Judge.  Affirmed.

Christian C. Buckley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

## FACTUAL AND PROCEDURAL BACKGROUND

In 2015 defendant John Fitzgerald Glover was working as a security guard at a strip mall where day laborers gathered. Glover often ordered them to get off the wall separating the strip mall from the sidewalk. On February 2, 2015 Glover approached a group of day laborers standing on the sidewalk and punched Jose Giron in the face, causing Giron to fall to the ground. Glover may have had handcuffs or a metal object in his fist when he struck Giron. Glover then produced a set of handcuffs, and the other day laborers moved toward him. The police arrived and arrested Glover.

The People charged Glover with one count of assault with a deadly weapon (handcuffs), in violation of Penal Code section 245, subdivision (a)(1). The People also alleged that Glover had personally inflicted great bodily injury on Giron in violation of Penal Code section 12022.7, subdivision (a).

A jury convicted Glover of misdemeanor assault, a lesser included offense of assault with a deadly weapon. The trial court sentenced Glover to a term of 180 days in county jail. Glover filed a timely notice of appeal.

## DISCUSSION

We appointed counsel to represent Glover on appeal. After an examination of the record, counsel filed an opening brief raising no issues. On February 5, 2016 we advised Glover he had 30 days to submit any arguments or raise issues he wanted us to consider. We have not received a response.

We have examined the record and are satisfied appellate counsel for Glover has fully complied with his responsibilities and that there are no arguable issues. (See *Smith v. Robbins* (2000) 528 U.S. 259, 277-284 [120 S.Ct. 746, 145 L.Ed.2d 756]; *People v. Kelly* (2006) 40 Cal.4th 106, 112-113; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

**DISPOSITION**

The judgment is affirmed.


SEGAL, J.


We concur:


PERLUSS, P. J.


BLUMENFELD, J[*].

---

[*]     Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.